# IN THE SUPREME COURT OF THE STATE OF NEVADA

TABUDAH EUGENE HUMES, A/K/A
TABUTA EUGENE JOHNSON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78159

FILED

MAR 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order entered on January 7, 2019. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

This court's review of the notice of appeal and other documents before this court does not indicate that an order was entered on January 7, 2019. To the extent that appellant appeals from the minute order denying his "Motion for Order to Clerk to Verify Receipt of Habeas Corpus Petition and Send Register of Case Action," no statute or court rule provides for an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-12706

cc: Hon. Carolyn Ellsworth, District Judge
Tabudah Eugene Humes
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A